**2010–1627. State ex rel. Colin v. Moore.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1633. [State ex rel.] Huelsman v. Lindeman.**
In Mandamus. On motion to dismiss. Motion to dismiss granted Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1653. State ex rel. Goshay v. Ambrose.**
In Procedendo and Prohibition. Relator's motion for default denied. Respondents' motion to dismiss granted. Relator's motion for disqualification denied as moot. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1666. [State ex rel.] Townsend v. Lynch.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1668. [State ex rel.] Rowser v. State.**
In Mandamus. On motions to dismiss. Motions to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1670. State ex rel. Vinson v. Franklin Cty. Court of Common Pleas.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
BROWN, C.J., dissents and would grant an alternative writ.

**2010–1676. State ex rel. Bandarapalli v. Cuyahoga Cty. Court of Common Pleas.**
In Prohibition. On motion to dismiss. Motion to dismiss denied. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1687. Jordan v. Santiago.**
In Habeas Corpus. On petition for writ of habeas corpus of William Jordan. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1690. State ex rel. McIntosh v. Kubicki.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1691. Henderson v. Santiago.**
In Habeas Corpus. On petition for writ of habeas corpus of Paul Henderson. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1752. Pickett v. Santiago.**
In Habeas Corpus. On petition for writ of habeas corpus of Albert Pickett. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.